OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0006557458     MAR 31 2015
$ 00.26⁵

MAILED FROM ZIP CODE 78701

3/23/2015
RODRIGUEZ, JUAN DAMAS   Tr. Ct. No. 10-4033          WR-81,751-02

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

*discharged*

JUAN DAMAS RODRIGUEZ
- TDC # 1704415

RTS
WD